UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHUICHENG YAO,

                    Petitioner,

        v.

MARKWAYNE MULLIN, et al.,

                    Respondents.

CASE NO. C26-1599-BAT

**ORDER DIRECTING RESPONDENTS TO FILE CERTIFICATION OF RELEASE OR SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED**

On June 4, 2026, the Court ordered Respondents to release Petitioner within 24 hours and to file a certification of release within 48 hours. Dkt. 9. The Court's docket reflects Respondents have not filed a certification of release. The Court therefore **ORDERS**:

Respondents shall file a certification of release by 4:00 pm, June 12, 2026, that indicates when Petitioner was released. If no certification is timely filed, Respondents must show cause why they should not be sanctioned.

DATED this 10th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING RESPONDENTS TO
FILE CERTIFICATION OF RELEASE OR
SHOW CAUSE WHY THEY SHOULD NOT
BE SANCTIONED - 1